IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN SMITH                                                                                           PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 1:05cv570 WJG-JMR

CARL ZEISS SMT ,INC                                                                          DEFENDANT

ORDER

This matter comes before the Court, pursuant to Defendant's Motion to Change Venuefer[5-1] the above referenced civil action. The Court, being fully advised in the premises, finds that this suit should be transferred. Accordingly, it is,

ORDERED AND ADJUDGED, that the above referenced civil action are hereby transferred for all purposes to the United States District Court for Southern District of New York pursuant to 28 U.S.C. § 1404(a) and the accompanying Memorandum Opinion.

SO ORDERED AND ADJUDGED, this the 23rd day of August , 2006.

*S/John M.Roper,Sr.*
UNITED STATES MAGISTRATE JUDGE